# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00202-MR-WCM

| | |
|---|---|
| STEPHANIE GODBOLD, by and through her guardian Teresa Holloway, )))) | |
| Plaintiff, )) | |
| vs. )) | **O R D E R** |
| CHEREOKEE COUNTY, et al., )) | |
| Defendants. )) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Approve Settlement. [Doc. 33].

The Plaintiff, through counsel, moves the Court to approve a settlement reached in this action between the Plaintiff and all the named Defendants.[1] [Doc. 33]. The Plaintiff, however, has not provided the Court with adequate documentation in order to approve the settlement. Specifically, the Plaintiff has not provided copies of the Order appointing Teresa Holloway as the guardian of Stephanie Godbold, the parties'

---

[1] Judicial approval of the settlement is required as the settlement's sole beneficiary, Stephanie Godbold, has been declared incompetent. This action has been brought by Ms. Godbold through her guardian, Teresa Holloway.

Settlement Agreement, or the proposed trust instrument.[2]  Accordingly, the Plaintiff's Motion is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to Approve Settlement [Doc. 33] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 13, 2022

Martin Reidinger
Chief United States District Judge

---

[2] The Plaintiff indicates in her motion that the Plaintiff intended to file a petition for the creation of a trust for the Plaintiff's benefit after the settlement is approved. However, it is the Court's expectation that any approval of the settlement and creation of the trust would occur simultaneously, thereby necessitating only one court hearing.